IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON WAYNE CHILDS, #39670-177, PLAINTIFF, | § § § § |
| v. | § CIVIL CASE NO. 3:23-CV-429-O-BK § |
| UNITED STATES OF AMERICA, DEFENDANT. | § § § |

JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case. It is therefore ORDERED, ADJUDGED AND DECREED that this action is DISMISSED WITHOUT PREJUDICE for failure to comply with a court order and for lack of prosecution. *See* FED. R. CIV. P. 41(b) (an involuntary dismissal "operates as an adjudication on the merits" unless otherwise specified).

The Clerk of the Court is DIRECTED to close this case.

SO ORDERED this 28th day of June, 2023.

Reed O'Connor
UNITED STATES DISTRICT JUDGE